## Court of Appeals.

May 1, 1900.

### PEOPLE v. ANTONIO FERRARO.

(162 N. Y. 545.)

APPEAL—ALLOWANCE TO COUNSEL—CODE CRIM. PROC., § 308.

> The limitation imposed by the words " not exceeding the sum of five hundred dollars " in section 308 of the Code of Criminal Procedure, applies to the trial court and to the appellate separately and not collectively.

MOTION by the Corporation Counsel, in behalf of the Comptroller of the City of New York, to amend an order made by the Court of Appeals on February 26, 1900.

The facts, so far as material, are stated in the opinion.

John Whalen, Corporation Counsel (George Landon, of counsel), for motion.

Hugo Hidsh, opposed.

*Per Curiam.* The defendant appealed to this Court from a judgment of death pronounced against him by the County Court of Kings county, and, after deciding the appeal, we made an order allowing his counsel compensation for his ser-

vices in prosecuting said appeal, in addition to the sum incurred by him for disbursements. The Comptroller now moves to amend the order by striking therefrom the amount allowed for compensation, upon the ground that the allowance of the sum of $500 to counsel, by the trial court, for services in defending the accused at the trial, exhausted the amount that can be allowed, under the statute, for services upon both the trial and the appeal. Code Crim. Proc. § 308.

We have repeatedly held that said section, when construed in the light of the several progressive changes made by the legislature, means that the limitation imposed by the words " not exceeding the sum of five hundred dollars " applies to the trial court, and to the appellate court separately and not collectively. L. 1881, ch. 442, § 308; L. 1893, ch. 521, § 1; L. 1895, ch. 725, § 1; L. 1897, ch. 427, § 1; People v. Banne, 161 N. Y. 475, 477.

The motion should be denied with ten dollars costs.

PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, MARTIN and VANN, JJ., concur.

Motion denied.